IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LISA A. OSIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Civ. No. 6:13-cv-01926-MC<br><br>OPINION AND ORDER |

**MCSHANE, Judge**:

Plaintiff Lisa Osis brings this action for judicial review of a final decision of the Commissioner of Social Security denying her application for social security disability benefits under Title XVI of the Social Security Act. This Court has jurisdiction under 42 U.S.C. §§ 405(g) and 1383(c)(3). Defendant filed this uncontested motion to remand, ECF No. 10, because "the Appeals Counsel has found Plaintiff had good cause[1] for untimely filing her request for a hearing." Because defendant has shown good cause, defendant's motion to remand, ECF No. 10, is GRANTED, and the matter is remanded under sentence six of 42 U.S.C. § 405(g) for further proceedings.

IT IS SO ORDERED.

　　　　DATED this 9th day of April, 2014.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Michael J. McShane
　　　　　　　　　　　　　　　　United States District Judge

---

[1] Plaintiff alleged that she did not receive the reconsideration notice. *See* Def.'s Mot. to Remand 1, ECF No. 10-2.

1 – OPINION AND ORDER